# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-0908
LT Case No. 2020-DR-002558

_____

RICKY LENN WEAVER, JR.,

   Appellant,

   v.

VALERIE ANN WOLBERT,

   Appellee.

_____

On appeal from the Circuit Court for Marion County.
R. Gregg Jerald, Judge.

Ricky Lenn Weaver, Jr., Silver Springs, pro se.

Pamela J. Helton and Barry V. Newton, of Pamela J. Helton,
P.A., Clermont, for Appellee.

July 9, 2024

PER CURIAM.

   AFFIRMED.

SOUD, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____